**UNITED STATES DISTRICT COURT**
DISTRICT OF MARYLAND

| | |
|---|---|
| **CHAMBERS OF**<br>**CATHERINE C. BLAKE**<br>**UNITED STATES DISTRICT JUDGE** | **U.S. COURTHOUSE**<br>**101 WEST LOMBARD STREET**<br>**BALTIMORE, MARYLAND 21201**<br>**(410) 962-3220**<br>**Fax (410) 962-6836** |

October 4, 2012

LETTER TO COUNSEL RE:   *Sandra T. Quickley v. University of Maryland Medical System Corporation, et al.*, Civil No. CCB-12-321

Dear Counsel:

This will confirm the results of our conference call today.

The plaintiffs will file their Second Amended Complaint (with the defendants' consent) and serve initial discovery by **October 18, 2012**. A status report regarding a proposed schedule is due **November 2, 2012**. If necessary, a further conference call will be set after the status report is received.

                                          Sincerely yours,

                                          /s/

                                          Catherine C. Blake
                                          United States District Judge