**Ballard Spahr LLP**

1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
TEL 215.665.8500
FAX 215.864.8999
www.ballardspahr.com

David S. Fryman
Direct: 215.864.8105
Fax: 215.864.8999
fryman@ballardspahr.com

November 2, 2012

*By Electronic Filing*

The Honorable Catherine C. Blake
United States District Court
for the District of Maryland
Garmatz Federal Courthouse
101 West Lombard Street
Baltimore, MD  21201

Re:   Quickley, et al. v. University of Maryland Medical System Corp., et al.,
      Civil Action No.: 12-cv-321-CCB

Dear Judge Blake:

In accordance with this Court's Letter to Counsel dated October 4, 2012, we write on behalf of the parties in the above matter and jointly propose the following schedule:

   1.   Defendants shall file their Answer and Affirmative Defenses to the Second Amended Complaint on or before November 9, 2012.

   2.   The parties shall conduct initial collective action discovery up to and including March 29, 2013.

   3.   Plaintiffs shall file their motion for conditional certification thirty days following the close of this initial discovery period.

   4.   Defendants shall file their response to plaintiffs' motion for conditional certification thirty days after the filing of plaintiffs' motion.

   5.   Plaintiffs shall file any reply fourteen days after the filing of defendants' response.

   6.   Following this Court's decision on plaintiffs' motion for conditional certification, the parties shall confer regarding any additional discovery related to class or named plaintiff issues and the time frame for conducting it, and shall propose a schedule for additional discovery to this Court.

DMEAST #15893214 v1

Atlanta  |  Baltimore  |  Bethesda  |  Denver  |  Las Vegas  |  Los Angeles  |  New Jersey  |  Philadelphia  |  Phoenix  |  Salt Lake City  |  San Diego
Washington, DC  |  Wilmington  |  www.ballardspahr.com

The Honorable Catherine C. Blake
November 2, 2012
Page 2

The parties are available to discuss this proposed schedule at this Court's convenience.

Respectfully yours,

/s/ David S. Fryman

David S. Fryman

DSF:ap

cc: E. David Hoskins, Esquire (via ECF)
Gary F. Lynch, Esquire (via ECF)
Gerald D. Wells, III, Esquire (via ECF)
Alexandra Bak-Boychuk, Esquire (via ECF)