IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| SANDRA T. QUICKLEY, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORPORATION and MARYLAND GENERAL HOSPITAL, INC.,<br><br>Defendants. | Civil No.: 12-cv-321-CCB |

**STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE OF CLAIMS OF SHEILA SMITH ONLY UNDER FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), plaintiff Sheila Smith hereby voluntarily dismisses with prejudice her claims against University of Maryland Medical System Corporation, Maryland General Hospital, Inc., and University of Maryland Medical Center. The claims of the remaining Plaintiffs are not dismissed.

Date: March 27, 2013

Respectfully submitted,

_____
E. David Hoskins
**THE LAW OFFICES OF E. DAVID HOSKINS, LLC**
2 Hamill Road, Suite 362
Baltimore, MD 21210
*Attorney for Plaintiffs*

_____
John B. Langel (admitted pro hac vice)
David S. Fryman (admitted pro hac vice)
Alexandra Bak-Boychuk (admitted pro hac vice)
**BALLARD SPAHR LLP**
1735 Market Street, 51st Floor
Philadelphia, PA 19103-7599
*Attorneys for Defendants*