IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| SANDRA T. QUICKLEY, ET AL. | : |
| | : |
| v. | : CIVIL NO. CCB-12-321 |
| | : |
| UNIVERSITY OF MARYLAND MEDICAL SYSTEM CORP., ET AL. | : |

...o0o...

## ORDER

Upon consideration of the Amended Joint Motion for Joint Approval of FLSA Settlement, it is hereby **ORDERED** that:

(1) the Amended Joint Motion is **Granted**. Based on the representations by counsel set forth in the Motion, and considering the factors set forth in *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982), the proposed Amended Settlement Agreement represents a fair and reasonable compromise of a bona fide dispute about the FLSA claims made in this case.

(2) Plaintiffs may file an Application for Attorneys' Fees and Costs, as outlined in Paragraph 5 of the Amended Settlement Agreement, within 60 days of the date of this Order.

September 18, 2013                                          /s/
Date                                                      Catherine C. Blake
                                                          United States District Judge