IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
BALTIMORE DIVISION

| | |
|---|---|
| SANDRA T. QUICKLEY, individually, and on behalf of all others similarly situated, ) ) ) | |
| Plaintiffs, ) | Civil Action No.: 1:12-cv-00321-CCB |
| ) | |
| v. ) | |
| ) | Judge Catherine C. Blake |
| UNIVERSITY OF MARYLAND MEDICAL ) SYSTEM CORPORATION and MARYLAND ) GENERAL HOSPITAL, INC., ) | *Electronically Filed* |
| ) | |
| Defendants. ) _____ ) | |

**PLAINTIFFS' UNOPPOSED MOTION
FOR AWARD OF ATTORNEYS' FEES AND COSTS**

Plaintiffs, Sandra T. Quickley, Rochelle Toney, Christine Baker, and Amanda Jacobs (collectively "Plaintiffs"), by and through their undersigned counsel, and pursuant to this Court's Order of September 18, 2013 [Dkt. # 54], 29 U.S.C. § 216, Fed. R. Civ. P. 54(d)(2)(A), and Local Rule 109.2 of this Court, hereby respectfully submit the within *Unopposed Motion for Award of Attorneys' Fees and Costs*.  In support, Plaintiffs state that they are entitled to recover reasonable attorneys' fees and costs incurred in this action.  In further support, Plaintiffs submit the accompanying contemporaneously filed Memorandum of Law.

WHEREFORE, Plaintiffs hereby respectfully request that this Honorable Court enter and Order awarding Plaintiffs reasonable attorneys' fees and costs in the total amount of **$114,755.00**, and for all other relief that the nature of this cause may require.

Dated:  November 15, 2013    Respectfully submitted,

*/s/ Gary F. Lynch*
Gary F. Lynch
glynch@carlsonlynch.com
Carlson Lynch LTD
PNC Park
115 Federal Street, Suite 210
Pittsburgh, PA 15212
Phone:  (412) 322-9243
Fax:  (412) 231-0246

E. David Hoskins
davidhoskins@hoskinslaw.com
The Law Offices of E David Hoskins LLC
16 E. Lombard Street, Suite 400
Baltimore, MD 21202
Phone:  (410) 662-6500
Fax:  (410) 662-7800

*Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was electronically filed this 15th day of November, 2013, and was served on all counsel of record through the Court's ecf system.

*/s/ Gary F. Lynch*
Gary F. Lynch